UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Altagracio De La Cruz,

                Petitioner,                20 **CIVIL** 2219 (AJN)

     -against-                       **JUDGMENT**

Department of Homeland Security,

                Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 8, 2021, Petitioner's petition is dismissed as moot. This resolves Dkt. No. 1. Since Petitioner "has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue." The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in form a pauperis status is denied for the purpose of an appeal; accordingly, the case is closed.

**Dated:**  New York, New York
        February 9, 2021

                                                    **RUBY J. KRAJICK**
                                                       Clerk of Court

                                    **BY:** _____
                                                       **Deputy Clerk**